No. 02–1433 (03A1056). HARRIS *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, 540 U. S. 1218. Application for stay of execution

of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Motion for leave to file petition for rehearing denied.